1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
5  Fax:           (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  Attorneys for Defendant
   *Las Vegas Metropolitan Police Department*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, and DOE OFFICERS I-XX,<br><br>Defendants. | CASE NO.:   2:18-cv-00231-RFB-CWH<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell, and James Iiams and Amanda Matthews ("Plaintiffs"), by and through their counsel, Jared Richards, Esq. of Clear Counsel Law Group hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this

Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

LVMPD was served with Plaintiffs' Complaint on February 13, 2018. The instant extension is requested as LVMPD's Counsel requires additional time to prepare a responsive pleading to the Plaintiffs' Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including March 13, 2018, for LVMPD to file an answer or otherwise respond to Plaintiffs' Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Complaint.

DATED this 5th day of March, 2018.

| KAEMPFER CROWELL | CLEAR COUNSEL LAW GROUP |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant** | By: /s/ Jared Richards<br>Jared Richards, Esq.<br>Nevada Bar No. 11254<br>1671 W. Horizon Ridge Pkwy, Ste. 200<br>Henderson, NV 89102<br>**Attorneys for Plaintiffs** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: March 7, 2018