LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

Attorneys for Defendant
*Las Vegas Metropolitan Police Department*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT JUSTIN BRYERS; OFFICER RICHARD NELSON; OFFICER JONATHAN CARRINGTON; OFFICER LUKAS FERRIS; and DOE OFFICERS I-XX,<br><br>Defendants. | CASE NO.: 2:18-cv-00231-RFB-CWH<br><br>**STIPULATION TO WITHDRAW LVMPD'S MOTION TO DISMISS AND VACATE THE HEARING** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell, and James Iiams and Amanda Matthews ("Plaintiffs"), by and through their counsel, Jared Richards, Esq. of Clear Counsel Law Group hereby stipulate and agree that LVMPD will withdraw its motion to dismiss (ECF No. 12) and that the hearing on the motion scheduled for January 22, 2019 at 2:00 pm be

vacated. LVMPD reserves the right however, to advance the same arguments in any future dispositive motions should those arguments be relevant.

LVMPD's motion to dismiss was based on LVMPD's argument that the complaint did not allege sufficient facts to state a *Monell* claim and that the allegations were conclusory. Since filing the motion, the parties have engaged in extensive discovery. Given that discovery is almost completed (the current discovery deadline is February 1, 2019), the parties no longer believe a hearing on the motion would be an efficient use of the Court's or parties' time and resources. Any arguments LVMPD made in the motion to dismiss may be advanced again—if necessary—in a future dispositive motion.

DATED this 17th day of January, 2019.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
**Attorneys for Defendant**

CLEAR COUNSEL LAW GROUP

By: */s/ Jared Richards*
Jared Richards, Esq.
Nevada Bar No. 11254
1671 W. Horizon Ridge Pkwy, Ste. 200
Henderson, NV 89102
**Attorneys for Plaintiffs**

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge
DATE: January 17, 2019