LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sergeant Justin Byers, Officer Richard Nelson,*
*Officer Jonathan Carrington, Officer Lukas Ferris*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT JUSTIN BRYERS; OFFICER RICHARD NELSON; OFFICER JONATHAN CARRINGTON; OFFICER LUKAS FERRIS; and DOE OFFICERS I-XX,<br><br>Defendants. | CASE NO.: 2:18-cv-00231-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the Dispositive Motion deadline currently set for March 4, 2019, for an additional sixty days (60) days, until **May 2, 2019**. This is the first requested extension between the parties. The extension is being requested as discovery in this matter was voluminous, the

2284144_1.doc 6943.146

parties conducted eight (8) depositions in January, the last month of discovery and the parties are waiting for final deposition transcripts.[1] In addition, the parties have amicably agreed to conduct three (3) depositions after the close of discovery due to the unavailability of the Plaintiffs for deposition and the unavailability of a 30(b)(6) deponent. As such, the parties believe good cause exists for an extension of the deadline.

This request is timely. The extension will not prejudice any party and will allow the parties to properly brief their dispositive motions for this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 7th day of February, 2019.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Byers, Officer Richard Nelson, Officer Jonathan Carrington, Officer Lukas Ferris*

CLEAR COUNSEL LAW GROUP

By: */s/ Jared Richards*
Jared Richards, Esq.
Nevada Bar No. 11254
1671 W. Horizon Ridge Pkwy, Ste. 200
Henderson, NV 89102

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of February, 2019.

---

[1] The parties have not yet received final deposition transcripts. As this Court is aware, a witness is provided thirty (30) days to review their transcript before a transcript is finalized. As such, the parties anticipate it will take approximately forty-five (45) to sixty (60) days to receive final transcripts.