Stephen P. Stubbs, Esq.
Nevada Bar No.: 0010449
STEPHEN P. STUBBS, ATTORNEY AT LAW
626 South Third Street
Las Vegas, Nevada 89101
Telephone:   (702) 493-1040
Facsimile:    (702) 293-3289
stephen@stephenpstubbs.com

Jared Richards, Esq.
Nevada Bar No.  11254
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Ste 200
Henderson, Nevada 89102
Telephone No.: (702) 476-5900
Facsimile No.: (702) 924-0709
jared@clearcounsel.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Iiams, individually and Amanda Matthews, individually<br><br>Plaintiffs,<br><br>vs.<br><br>Las Vegas Metropolitan Police Department, a political subdivision of the State of Nevada; Sergeant Justin Bryers; Officer Richard Nelson; Officer Jonathan Carrington; Officer Lukas Ferris; and DOE Officers I - XX,<br><br>Defendants. | CASE NO.: 2:18-cv-00231-RFB-CWH<br><br>**STIPULATION AND ORDER ALLOWING VOLUNTARY DISMISSAL OF AMANDA MATTHEWS, INDIVIDUALLY** |

# STIPULATION AND ORDER ALLOWING VOLUNTARY DISMISSAL OF AMANDA MATTHEWS, INDIVIDUALLY

Plaintiffs James Iiams and Amanda Matthews, by and through their counsel of record Clear Counsel Law Group, and Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Bryers, Officer Richard Nelson, and Officer Jonathan Carrington, by and through their counsel of record, Kaempfer Crowell, and pursuant to FRCP 41(a), hereby stipulate and agree to dismiss Plaintiff Amanda Matthews, individually, only, from the instant action, with each party bearing its own fees and costs.

IT IS SO STIPULATED.

DATED this 4th day of April 2019.

CLEAR COUNSEL LAW GROUP

  /s/ Jared R. Richards
Jared R. Richards, Esq.
Nevada Bar No. 11254
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
*Attorneys for Plaintiffs James Iiams and Amanda Matthews*

DATED this 4th day of April 2019.

KAEMPFER CROWELL

  /s/ Lyssa S. Anderson
Lyssa S. Anderson, Esq.
Nevada Bar No. 5781
Ryan W. Daniels, Esq.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorneys for Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Bryers, Officer Richard Nelson, Officer Jonathan Carrington, Officer Lukas Ferris*

IT IS SO ORDERED.

DATED this  5th  day of April 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

CLEAR COUNSEL LAW GROUP

  /s/ Jared R. Richards
Jared R. Richards, Esq.
Nevada Bar No. 11254
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
*Attorneys for Plaintiffs James Iiams and Amanda Matthews*