LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sergeant Justin Byers, Officer Richard Nelson,*
*Officer Jonathan Carrington, Officer Lukas Ferris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT JUSTIN BRYERS; OFFICER RICHARD NELSON; OFFICER JONATHAN CARRINGTON; OFFICER LUKAS FERRIS; and DOE OFFICERS I-XX,<br><br>Defendants. | CASE NO.: 2:18-cv-00231-RFB-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO SUMBIT JOINT STATUS REPORT RE: ECF NO. 67**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit a joint status report as directed in ECF No. 67 currently set for March 17, 2020, be extended for an additional seven days (7) days, until **March 24, 2020**. This is the first requested extension between the parties. The extension is being

requested as although the parties have been diligently working to provide the information the Court has requested in ECF No. 67, the parties require additional time. As this Court may recall there are twenty (20) different body cam videos which are taking time to review. There have been delays in reviewing the videos due to technical issues. Counsel is currently working remotely to comply with the recommendations for social distancing during the current coronavirus pandemic. This has created some technical difficulties in reviewing the videos which Counsel is having fixed. As such, the parties request this brief extension to finalize the status report.

DATED this 17th day of March, 2020.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Byers, Officer Richard Nelson, Officer Jonathan Carrington, Officer Lukas Ferris*

CLEAR COUNSEL LAW GROUP

By: */s/ Jared Richards*
Jared Richards, Esq.
Nevada Bar No. 11254
1671 W. Horizon Ridge Pkwy, Ste. 200
Henderson, NV 89102

*Attorneys for Plaintiffs*

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of March, 2020.