Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
STEPHEN P. STUBBS, ATTORNEY AT LAW
626 S. Third Street
Las Vegas, NV  89101
Telephone:  (702) 493-1040
Facsimile:    (702) 293-3289
Email:  stephen@stephenstubbs.com

Jared Richards, Esq.
Nevada Bar No. 11254
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89102
Telephone: (702) 476-5900
Facsimile:  (702) 924-0709
jared@clearcounsel.com
*Attorneys for Plaintiffs James Iiams
and Amanda Matthews*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JAMES IIAMS, individually and AMANDA MATTHEWS, individually<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, and DOE OFFICERS I-XX,<br><br>Defendants. | CASE NO.: 2:18-cv-00231-RFB-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER RE:<br>ECF NO. 84**<br><br>**(First Request)** |
|---|---|

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order as directed in ECF No. 84 currently set for March 9, 2021, be extended for an additional seven (7) days, until March 16, 2021. This is the first requested extension regarding the Joint Pretrial Order between the parties.  All parties require additional time to finalize their contributions to the Joint Pretrial Order and to meet

and confer regarding the same.  As such, the parties request this brief extension to file their Joint Pretrial Order.

| | |
|---|---|
| Dated this 9th day of March 2021 | Dated this 9th day of March 2021 |
| **CLEAR COUNSEL LAW GROUP** | **KAEMPFER CROWELL** |
| /s/ Jared R. Richards | /s/ Lyssa S. Anderson |
| Jared R. Richards, Esq.<br>Nevada Bar No. 11254<br>1671 W. Horizon Ridge Pkwy, Suite 200<br>Las Vegas, Nevada 89012<br>*Attorneys for Plaintiff James Iiams* | Lyssa S. Anderson<br>Nevada Bar No. 5781<br>Ryan W. Daniels<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV  89135<br><br>*Attorneys for Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Byers, Officer Richard Nelson, Officer Jonathan Carrington, Officer Lukas Ferris* |

IT IS SO ORDERED.

DATED this  11th day of March, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court