LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sergeant Justin Bryers, Officer Richard Nelson,*
*Officer Jonathan Carrington, and Officer Lukas Ferris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually, <br><br> Plaintiffs, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT JUSTIN BRYERS; OFFICER RICHARD NELSON; OFFICER JONATHAN CARRINGTON; OFFICER LUKAS FERRIS; and DOE OFFICERS I-XX, <br><br> Defendants. | CASE NO.:    2:18-cv-00231-RFB-CWH <br><br> **STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER RE: ECF NO. 84** <br><br> **(Second Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order as directed at ECF No. 84 and as extended by this Court at ECF No. 88, currently set for March 16, 2021 be extended

for an additional seven (7) days, until March 23, 2021. This is the second requested extension regarding the Joint Pretrial Order between the parties. All parties require additional time to finalize their contributions to the Joint Pretrial Order and to meet and confer regarding the same. As such, the parties request this additional extension to file their Joint Pretrial Order.

DATED this 16th day of March, 2021.

| KAEMPFER CROWELL | CLEAR COUNSEL LAW GROUP |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON (Nevada Bar No. 5781)<br>RYAN W. DANIELS (Nevada Bar No. 13094)<br>KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendants*<br>*Las Vegas Metropolitan Police Department, Sergeant Justin Bryers, Officer Richard Nelson, Officer Jonathan Carrington, and Officer Lukas Ferris* | By: /s/ Jared Richards<br>Jared Richards, Esq.<br>Nevada Bar No. 11254<br>1671 W. Horizon Ridge Pkwy, Ste. 200<br>Henderson, NV 89102<br><br>*Attorneys for Plaintiffs* |

### ORDER

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 17th day of March, 2021.