LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sergeant Justin Byers, Officer Richard Nelson,*
*Officer Jonathan Carrington, and Officer Lukas Ferris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually,<br><br>         Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT JUSTIN BRYERS; OFFICER RICHARD NELSON; OFFICER JONATHAN CARRINGTON; OFFICER LUKAS FERRIS; and DOE OFFICERS I-XX,<br><br>         Defendants. | CASE NO.:    2:18-cv-00231-RFB-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO BIFURCATE TRIAL TO SEPARATE CLAIMS FOR RELIEF**<br>**[ECF No. 87]**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the Defendants to file a response to Plaintiff's Motion to Bifrucate Trial to Separate Claims for Relief (ECF No. 87), currently set for March 24, 2021 be extended

for an additional seven (7) days, until March 31, 2021.  This is the first requested extension regarding the Motion between the parties.  The defendants need additional time to prepare a response to plaintiff's motion as they are contemporaneously working on the draft joint pretrial order and attending assessment conferences with the Ninth Circuit mediator to vet a possible resolution of the suit.  As such, an additional extension is being requested.

DATED this <u>24th</u> day of March, 2021.

| KAEMPFER CROWELL | CLEAR COUNSEL LAW GROUP |
|---|---|
| By: <u>/s/ Lyssa S. Anderson</u><br>LYSSA S. ANDERSON (Nevada Bar No. 5781)<br>RYAN W. DANIELS (Nevada Bar No. 13094)<br>KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada  89135<br><br>*Attorneys for Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Byers, Officer Richard Nelson, Officer Jonathan Carrington, and Officer Lukas Ferris* | By: <u>/s/ Jared Richards</u><br>Jared Richards, Esq.<br>Nevada Bar No. 11254<br>1671 W. Horizon Ridge Pkwy, Ste. 200<br>Henderson, NV 89102<br><br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 24th day of March, 2021.