LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sergeant Justin Byers, Officer Richard Nelson,*
*Officer Jonathan Carrington, and Officer Lukas Ferris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually,<br><br>            Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT JUSTIN BRYERS; OFFICER RICHARD NELSON; OFFICER JONATHAN CARRINGTON; OFFICER LUKAS FERRIS; and DOE OFFICERS I-XX,<br><br>            Defendants. | CASE NO.:    2:18-cv-00231-RFB-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER RE: ECF NO. 84**<br>**[ECF No. 90]**<br><br>**(Third Request)** |

        The above-referenced parties, by and through their counsel of record, hereby agree and

request that the deadline for the parties to submit the Joint Pretrial Order as directed at ECF No.

84 and as extended by this Court at ECF Nos. 88 and 90, currently set for March 23, 2021 be

extended for an additional seven (7) days, until March 30, 2021.  This is the third requested extension regarding the Joint Pretrial Order between the parties.  The parties are being diligent in their efforts to finalize the Joint Pretrial Order however additional time is needed to review and discuss new revisions to what is close to a final draft of the document.  The parties are also discussing possible resolution as 9th Circuit Mediation calls have occurred in the last week and the parties would like to vet this possibility.  As such, an additional extension is being requested.

DATED this 23rd day of March, 2021.

| KAEMPFER CROWELL | CLEAR COUNSEL LAW GROUP |
|---|---|
| By:  /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON (Nevada Bar No. 5781)<br>RYAN W. DANIELS (Nevada Bar No. 13094)<br>KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada  89135<br><br>*Attorneys for Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Byers, Officer Richard Nelson, Officer Jonathan Carrington, and Officer Lukas Ferris* | By:  /s/ Jared Richards<br>Jared Richards, Esq.<br>Nevada Bar No. 11254<br>1671 W. Horizon Ridge Pkwy, Ste. 200<br>Henderson, NV 89102<br><br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.



RICHARD E. BOULWARE, II
United States District Court

DATED this 24th day of March, 2021.

2780862_1.doc  6943.146

Page 2 of 2