Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
STEPHEN P. STUBBS, ATTORNEY AT LAW
2388 Tiden Way
Henderson, NV  89074
Telephone:  (702) 759-3224
Email:  stephen@stephenstubbs.com

Jared Richards, Esq.
Nevada Bar No. 11254
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89102
Telephone: (702) 476-5900
Facsimile:  (702) 924-0709
jared@clearcounsel.com
*Attorneys for Plaintiffs James Iiams
and Amanda Matthews*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, and DOE OFFICERS I-XX,<br><br>Defendants. | CASE NO.: 2:18-cv-00231-RFB-DJA<br><br>**STIPULATION AND ORDER TO REMOVE AMANDA MATTHEWS FROM CASE CAPTION** |

Plaintiff James Iiams, by and through his counsel of record Stephen P. Stubbs, Attorney at Law and Clear Counsel Law Group, and Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Byers, Officer Richard Nelson, and Officer Jonathan Carrington, by and through their counsel of record, Kaempfer Crowell, and pursuant to FRCP 7, hereby stipulate and agree to amend the caption of this matter as follows:

WHEREAS, on April 5, 2019, a Stipulation and Order Allowing Voluntary Dismissal of Amanda Matthews, Individually [Doc. 46] was entered by this Court, the parties hereby Stipulate and Agree to Amend the Caption of the instant action to remove Amanda Matthews therefrom.

IT IS FURTHER STIPULATED that the Case Name be changed from "Matthews et al v. Las Vegas Metropolitan Police Department" to "**Iiams et al v. Las Vegas Metropolitan Police Department**".

Dated this 1st day of September 2021

**CLEAR COUNSEL LAW GROUP**

   /s/ Jared R. Richards
Jared R. Richards, Esq.
Nevada Bar No. 11254
Dustin E. Birch, Esq.
Nevada Bar No. 10517
1671 W. Horizon Ridge Pkwy, Suite 200
Las Vegas, Nevada 89012
*Attorneys for Plaintiff James Iiams*

Dated this 1st day of September 2021

**KAEMPFER CROWELL**

   /s/ Lyssa S. Anderson
Lyssa S. Anderson, Esq.
Nevada Bar No. 5781
Ryan W. Daniels, Esq.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV  89135

*Attorneys for Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Byers, Officer Richard Nelson, Officer Jonathan Carrington, Officer Lukas Ferris*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATED: September 2, 2021

Respectfully submitted by:

**CLEAR COUNSEL LAW GROUP**

   /s/ Jared R. Richards
Jared R. Richards, Esq.
Nevada Bar No. 11254
Dustin E. Birch, Esq.
Nevada Bar No. 10517
1671 W. Horizon Ridge Pkwy, Suite 200
Las Vegas, Nevada 89012
*Attorneys for Plaintiff James Iiams*