LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sergeant Justin Byers, Officer Richard Nelson,*
*Officer Jonathan Carrington, and Officer Lukas Ferris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IIAMS, individually and AMANDA MATTHEWS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT JUSTIN BRYERS; OFFICER RICHARD NELSON; OFFICER JONATHAN CARRINGTON; OFFICER LUKAS FERRIS; and DOE OFFICERS I-XX,<br><br>Defendants. | CASE NO.:   2:18-cv-00231-RFB-DJA<br><br>**STIPULATION TO RESPOND TO EMERGENCY MOTION TO ENFORCE SETTLEMENT**<br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for Defendants to respond to Plaintiff's Emergency Motion to Enforce Settlement be extended to November 19, 2021.

On November 10, 2021 Plaintiff filed an Emergency Motion to Enforce Settlement.

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada  89113

1  [ECF No. 126]. This Court issued a Minute Order on November 12, 2021 advancing the briefing

2  on the Motion and requiring Defendants' response to the Motion be filed by November 17, 2021.

3  The brief extension is requested as Counsel will be out of the office part of next week, including

4  the November 17th filing date. Under the circumstances, Plaintiff has graciously agreed to allow

5  two additional days for filing. As such, the parties respectfully request that the Court allow

6  Defendants an additional two (2) days to prepare the appropriate response.

7  DATED this 15th day of November, 2021.

8  KAEMPFER CROWELL                          CLEAR COUNSEL LAW GROUP

10  By:  */s/ Lyssa S. Anderson*              By:  */s/ Jared Richards*
    LYSSA S. ANDERSON (Nevada                    Jared Richards, Esq.
11  Bar No. 5781)                                Nevada Bar No. 11254
    RYAN W. DANIELS (Nevada Bar                  1671 W. Horizon Ridge Pkwy, Ste. 200
12  No. 13094)                                   Henderson, NV 89102
    KRISTOPHER J. KALKOWSKI
13  (Nevada Bar No. 14892)                       *Attorneys for Plaintiffs*
    1980 Festival Plaza Drive, Suite 650
14  Las Vegas, Nevada 89135

15  *Attorneys for Defendants*
    *Las Vegas Metropolitan Police*
16  *Department, Sergeant Justin Byers,*
    *Officer Richard Nelson, Officer*
17  *Jonathan Carrington, and Officer*
    *Lukas Ferris*

18                                    **ORDER**

19
    **IT IS SO ORDERED.**
20
    Dated this  16th  day of November, 2021
21

22                                              _____
                                                DANIEL J. ALBREGTS
23                                              UNITED STATES MAGISTRATE JUDGE

24

# Luisa Cota

| | |
|---|---|
| **From:** | Jared Richards <jared@clearcounsel.com> |
| **Sent:** | Friday, November 12, 2021 6:01 PM |
| **To:** | Wendy Applegate |
| **Cc:** | Lyssa Anderson; Kristopher Kalkowski; Luisa Cota; Terri Szostek; Dustin Birch |
| **Subject:** | RE: LVMPD/Iiams |

I approve. Please use my e-signature.

Sent via the Samsung Galaxy S20+ 5G, an AT&T 5G smartphone


-------- Original message --------
From: Wendy Applegate <WApplegate@kcnvlaw.com>
Date: 11/12/21 3:26 PM (GMT-08:00)
To: Jared Richards <jared@clearcounsel.com>
Cc: Lyssa Anderson <landerson@kcnvlaw.com>, Kristopher Kalkowski <KKalkowski@kcnvlaw.com>, Luisa Cota <LCota@kcnvlaw.com>
Subject: LVMPD/Iiams

[EXTERNAL]
Mr. Richards:

Attached is the proposed Stipulation with regard to the deadline to respond to the Motion to Enforce Settlement. Please let us know if approved for filing.

Thank you



Wendy L. Applegate
Kaempfer Crowell
Tel:  (702) 792-7000
Fax:  (702) 796-7181
Email: wapplegate@kcnvlaw.com

| **WEBSITE** |


 Please consider the environment before printing this email

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have

1