LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sergeant Justin Byers, Officer Richard Nelson,*
*Officer Jonathan Carrington, and Officer Lukas Ferris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN STUBBS, as special administrator of the estate of JAMES IIAMS,<br><br>        Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SERGEANT JUSTIN BRYERS; OFFICER RICHARD NELSON; OFFICER JONATHAN CARRINGTON; OFFICER LUKAS FERRIS; and DOE Officers I - XX,<br><br>        Defendants. | CASE NO.:    2:18-cv-00231-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sergeant Justin Byers, Officer Richard Nelson, Officer Jonathan Carrington, and Officer Lukas Ferris (the "LVMPD Defendants), and Stephen

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3063384_1  6943.146

Page 1 of 2

Stubbs, as special administrator of the estate of James Iiams ("Plaintiff"), by and through their respective counsel, that all of Plaintiff's claims are hereby dismissed, with prejudice, with each party to bear their own attorney fees and costs.

DATED this 16th day of March, 2022.

KAEMPFER CROWELL

By: */s/Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135

*Attorneys for Defendants Las Vegas Metropolitan Police Department, Sergeant Justin Byers, Officer Richard Nelson, Officer Jonathan Carrington, and Officer Lukas Ferris*

DATED this 16th day of March, 2022

CLEAR COUNSEL LAW GROUP

By: */s/ Jared Richards*
JARED RICHARDS
Nevada Bar No. 11254
1671 W. Horizon Ridge Pkwy, Ste. 200
Henderson, NV 89102

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 16th day of March, 2022.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3063384_1  6943.146

Page 2 of 2